ORIGINAL

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: SAINT VINCENT'S CATHOLIC MEDICAL CENTERS OF NY

Case No.: 05-14945 (ASH)

Chapter: 11

## NOTICE OF APPEAL

LOUISE CURATOLA, the Plaintiff appeals from the order of the bankruptcy judge entered in the motion to extend time to file a late notice of claim on the 27th day of August, 2007.

The name of all parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Michael Meiselman, Esq.
Meiselman & Gordon, LLP
150 Broadway, Suite 1920
New York, NY 10038
(212) 766-2200

Andrew M. Troop, Esq.
Cadwalader Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

Dated: New York, New York
August 30, 2007

Signed: _Michael Meiselman_

Attorney Name: Michael Meiselman, Esq.
Meiselman & Gordon, LLP

Address: 150 Broadway, Suite 1920
New York, NY 10038

Telephone: (212) 766-2200