USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
LOUISE CURATOLA,
:
        Appellant,            :        07 Civ. 8257 (WHP)
:
      -against-                ORDER
:
SAINT VINCENT'S CATHOLIC
MEDICAL CENTERS OF NEW YORK,    :

        Appellee.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Appellant docketed her appeal on September 24, 2007. Appellant asserts that she never received notice from the Clerk's Office that her appeal was docketed.

        By this Order, the Court gives notice to all parties that the appeal was docketed. Pursuant to Rules 8007 and 8009 of the Federal Rules of Bankruptcy Procedure, Appellant is directed to serve and file her brief in support of her appeal by November 19, 2007.

        The parties are directed to arrange a teleconference on November 16, 2007 at 9:30 a.m. to discuss the remaining schedule. The parties shall provide the Court with a call-in number in advance of that date.

Dated: November 1, 2007
      New York, New York

               SO ORDERED:

              WILLIAM H. PAULEY III
                     U.S.D.J.

2

*Counsel of record*:

Michael Meiselman, Esq.
Meiselman & Gordon, LLP
150 Broadway, Suite 1920
New York, NY 10038
*Counsel for Appellant*

Christopher J. Updike, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Counsel for Appellee*