# MEISELMAN & GORDON, LLP
### ATTORNEYS AND COUNSELORS AT LAW

150 BROADWAY
SUITE 1920
NEW YORK, NEW YORK 10038

212.766.2200
718.815.1515
FAX 212.766.2222

ALVIN C. GORDON, M.D.
MICHAEL L. MEISELMAN*
AVA M. GORDON, M.D.

*ADMITTED IN NEW YORK & NEW JERSEY

NOV 19 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

November 19, 2007

VIA FACSIMILE (212 805-6390)
Judge William H. Pauley, III
500 Pearl Street
Chambers - Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:   APPEAL - CURATOLA v. SVCMC - 07 Civ. 8257 (WHP)

Honorable Judge Pauley:

I am a member of the firm of Meiselman & Gordon, LLP. My partner Michael Mieselman has been suffering with serious lower back problems which has left him bedridden for the past week. Mr Meiselman, therefore, respectfully requests a short adjournment until midnight of November 21, 2007 for submission of the documents in the above matter.

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/19/07

Respectfully yours,

MEISELMAN & GORDON, LLP
Attorneys for the Appellant
150 Broadway - Suite 1920
New York, New York 10038
(212) 766-2200

By: _____
Alvin C. Gordon
A member of the Firm

ACG/ls
cc.: Christopher Updike, Esq., Cadwalader Wickersham & Taft, LLP (Via Facsimile)