USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| LOUISE CURATOLA,<br><br>        Appellant,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>        Appellees. | Case No. 07-cv-8257 (WHP) |

## ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Upon the motion of John J. Rapisardi, attorney for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") and said sponsor attorney's affidavit in support; it is hereby

ORDERED that

    Applicant's Name: Andrew M. Troop
    Firm Name: Cadwalader, Wickersham & Taft LLP
    Address: One World Financial Center
    City/State/Zip: New York, New York 10281
    Phone Number: (212) 504-6000
    Fax Number: (212) 504-6666

is admitted to practice pro hac vice as counsel for Appellees in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

USActive 10896580.1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court upon entry of this Order.

Dated: Nov. 19, 2007
New York, New York

United States District/~~Magistrate~~ Judge