USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LOUISE CURATOLA,

        Appellant,

       -against-

SAINT VINCENT'S CATHOLIC
MEDICAL CENTERS OF NEW YORK,

        Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 8257 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared before this Court for a teleconference on November 16, 2007, the following schedule is established on consent of the parties:

1. Appellee shall serve and file its opposition to the Appellant's appeal by December 14, 2007;

2. Appellant shall serve and file any reply by December 21, 2007; and

3. Oral Argument concerning the appeal shall be held on January 4, 2008 at 11:30 a.m.

Dated: November 19, 2007
       New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                    U.S.D.J.

*Counsel of record:*

Michael Meiselman, Esq.
Meiselman & Gordon, LLP
150 Broadway, Suite 1920
New York, NY 10038
*Counsel for Appellant*

Christopher J. Updike, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Counsel for Appellee*