# MEISELMAN & GORDON, LLP
ATTORNEYS AND COUNSELORS AT LAW

150 BROADWAY
SUITE 1920
NEW YORK, NEW YORK 10038

ALVIN C. GORDON, M.D.
MICHAEL L. MEISELMAN*

AVA M. GORDON, M.D.

*ADMITTED IN NEW YORK & NEW JERSEY

**MEMO ENDORSED**

212.766.2200
718.815.1515
FAX 212.766.2222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/07

November 15, 2007

NOV 16 2007
CHAMBERS OF
WILLIAM H. PAULEY

VIA HAND DELIVERY
Judge William H. Pauley, III
500 Pearl Street
Chambers - Room 2210
New York, New York 10007

Re:    **APPEAL - CURATOLA v. SVCMC** - 07 Civ. 8257 **(WHP)**

Honorable Judge Pauley:

In reviewing the documents that the debtor submitted as "designation of items to be included in record on appeal", I noted that the debtor made a part of the list the "disclosure statement" (No. 14 on the list and Doc. # 3206). The debtor attached a "Claims Summary" labeled "Exhibit 2" to the "disclosure statement". I would like the document from which the debtor derived this summary (NOTICE OF FILING OF REPORTS PERTAINING TO THE ESTIMATION OF MEDICAL MALPRACTICE CLAIMS - THE CARONIA AND MERCER REPORTS - DOC. # 3174) included in the appellant's "designation of items to be included in record on appeal".

Thank you in advance for allowing this amendment.

*Application granted*
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
11/30/07

Very truly yours,

MEISELMAN & GORDON, LLP
Attorneys for the Appellant
150 Broadway - Suite 1920
New York, New York 10038
(212) 766-2200

By: _____
Alvin C. Gordon
A member of the Firm

MM/ls
cc.: Christopher Updike, Esq., Cadwalader Wickersham & Taft, LLP (Via Facsimile)