UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                                           Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| LOUISE CURATOLA,<br><br>                                           Appellant,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                                           Appellees. | Case No. 07-cv-8257 (WHP) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                          : SS
COUNTY OF NEW YORK:

BETTY COMERRO, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

2. On the 14th day of December 2007, I caused to be served a true and correct copy of the:

- **Brief of Appellees**

USActive 11295181.1

-2-

via Federal Express and electronic mail to the party on the attached service list.

_____
BETTY COMERRO

Sworn to before me this
14th day of December, 2007

_____
Notary Public

Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2009

USActive 11295181.1                     -2-

## SERVICE LIST

Michael Meiselman, Esq.
Meiselman & Gordon, LLP
150 Broadway, Suite 1920
New York, NY 10038
Mmlawman33@aol.com