# MEISELMAN & GORDON, LLP

ATTORNEYS AND COUNSELORS AT LAW

150 BROADWAY
SUITE 1920
NEW YORK, NEW YORK 10038

212.766.2200
718.815.1515
FAX 212.766.2222

ALVIN C. GORDON, M.D.
MICHAEL L. MEISELMAN
AVA M. GORDON, M.D.*
*ADMITTED IN NEW YORK & NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

January 3, 2008

**VIA FACSIMILE ONLY (212-805-6390)**
The Honorable William H. Pauley III
Room 2210
500 Pearl Street
New York, New York 10007

**RE:** Request for adjournment of a hearing on 07-cv-08257 (Curatola appeal from Bankruptcy Court ruling)

Dear Judge Pauley,

A hearing is scheduled in the above-captioned case for 11:30 p.m. before you. Unfortunately, approximately two weeks ago, I injured my back severely enough to interfere with my ability to walk. I am being treated for the condition , but progress has been slower than anticipated. I am scheduled for a neurological consult on January 20, 2008 and will be treated continuously until then.

I would appreciate an adjournment of this hearing until at least the first week in February. This time period should give me adequate time to recover and to be able to present my client's case in the best light possible.

The debtor in this case has been kind enough to consent to the adjournment.

Thank you in advance for the courtesy shown to me.

Very truly yours,

*Michael Meiselman*
Michael Meiselman

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
1/7/08

*Oral argument is adjourned to February 8, 2008 at 11:00 a.m.*

MM/ls
CC: Andrew Troop, Esq. - Cadwalader, Wickersham & Taft LLP - 212-504-6666