JAN 22 2008

# MEISELMAN & GORDON, LLP
ATTORNEYS AND COUNSELORS AT LAW

150 BROADWAY
SUITE 1920
NEW YORK, NEW YORK 10038

212.766.2200
718.815.1515
FAX 212.766.2222

ALVIN C. GORDON, M.D.
MICHAEL L. MEISELMAN*

AVA M. GORDON, M.D.

*ADMITTED IN NEW YORK & NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

January 22, 2008

**VIA FACSIMILE (212) 805-6390**
Judge William H. Pauley, III
500 Pearl Street
Chambers-Room 2210
New York, New York 10007

    RE:    **ADJOURNMENT OF HEARING**
    RE:    Saint Vincent's Catholic Medical Center of New York
            Case No. 05-14945 (AS)
            Our Client: Louise Curatola
            Case No. 07-cv-8257 (WHP)

Honorable Judge Pauley:

    I have been taken seriously ill and had an emergency hospitalization last Tuesday, January 15th. I am currently still in the hospital and do not know when I will be discharged from the hospital.

    I would like the hearing on this matter adjourned *sine dei* with the date to be reset upon my discharge and recovery.

*Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
1/29/08

Oral argument is adjourned to February 29, 2008 at 12:00 p.m.

Respectfully yours,

Meiselman & Gordon, LLP
By: Michael L. Meiselman
Michael L. Meiselman
A member of the Firm

MLM/ib
cc.: Christopher Updike, Esq., Cadwalader Wickersham & Taft, LLP (212-504-6666)