USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

# MEISELMAN & GORDON, LLP
### ATTORNEYS AND COUNSELORS AT LAW

80 MAIDEN LANE
SUITE 601
NEW YORK, NEW YORK 10038

ALVIN C. GORDON, M.D.
MICHAEL L. MEISELMAN*

AVA M. GORDON, M.D.
*ADMITTED IN NEW YORK & NEW JERSEY

212.766.2200
718.815.1515
FAX 212.766.2222
E-MAIL: mcigordlaw@aol.com

FEB 28 2008

**MEMO ENDORSED** February 28, 2008

**BY FAX (212) 805-6390**
Honorable William H. Pauley
500 Pearl Street
New York, New York 10007
Attn: Josh

      Re:    LOUISE CURATOLA

Dear Josh:

      Pursuant to our telephone conversation of this morning, I have spoken to my partner Michael Meiselman. He has recently been discharged from Mount Sinai Hospital, after having been admitted for a period of approximately one month and having undergone three separate surgeries on his back over a three week period. At this time his physician cannot estimate when Mr. Meiselman will be medically allowed to leave the house. <u>Mr. Meiselman therefore respectfully requests that this matter be adjourned for one month.</u>

      Respectfully,

      Alvin C. Gordon

ACG/moh

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/28/08

Oral argument is adjourned. The appeal will be decided on the parties' submissions.