**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LOUISE CURATOLA,

                            Appellant,                              07 **CIVIL** 8257 (WHP)

            -against-                                              **JUDGMENT**

SAINT VINCENT'S CATHOLIC MEDICAL
CENTERS OF NEW YORK,
                            Appellee.
-------------------------------------------------------------X

            Appellant having appealed from a Decision of the United States Bankruptcy Court for the

Southern District of New York (Hardin, J.), and the matter having come before the Honorable

William H. Pauley III, United States District Judge, and the Court, on April 10, 2008, having

rendered its Memorandum and Order affirming the Bankruptcy Court's decision to deny Curatola's

motion, it is,

            **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated April 10, 2008,  the Bankruptcy Court's decision to deny

Curatola's motion is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
            April 10, 2008

                                          **J. MICHAEL McMAHON**

                                          _____
                                          **Clerk of Court**

                              **BY:**
                                          _____
                                          **Deputy Clerk**

                              **THIS DOCUMENT WAS ENTERED**
                              **ON THE DOCKET ON _____**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ✓/10/08